IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONI LEITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, INC, EXPERIAN INFORMATION SOLUTIONS, INC., CREDIT BUREAU COLLECTION SERVICES, INC., and ROI SERVICES, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　　／ | No. C 12-01918 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Loni Leitaker filed a motion for leave to file a first amended complaint on June 1, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition thereto was due June 15, 2012. Defendant Trans Union, LLC, filed a statement of non-opposition. No other defendant opposed or submitted a statement of non-opposition. Defendants Equifax Information Services, Inc., Experian Information Solutions, Inc, Credit Bureau Collection Services, Inc, and ROI Services, Inc., are **ORDERED TO SHOW CAUSE** why the motion should not be granted. Defendants must file a written response to this order by **JUNE 22, 2012**. If no response is filed, plaintiff's motion for leave to file a first amended complaint will be granted.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE