**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONI LEITAKER,

    Plaintiff,

  v.

TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
                                      /

No. C 12-01918 WHA

**ORDER DENYING EXPERIAN'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    The Court **DENIES** defendant's request to attend the case management conference by telephone because the courtroom telephone equipment does not make it feasible to hold hearings thereon.

**IT IS SO ORDERED.**

Dated: July 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE