IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONI LEITAKER,

    Plaintiff,

  v.

TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

No. C 12-01918 WHA

**ORDER DENYING EXPERIAN'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

The Court **DENIES** defendant's request to attend the case management conference by telephone because the courtroom telephone equipment does not make it feasible to hold hearings thereon.

**IT IS SO ORDERED.**

Dated: July 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE