ANDERSON, OGILVIE & BREWER, LLP
Mark F. Anderson      (SBN 44787)
600 California Street, 18th FL
San Francisco, CA 94108
Tel:    (415) 651-1951
Email: mark@aoblawyers.com
Fax:    (415) 956-3233


Attorneys for Plaintiff Loni Leitaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loni Leitaker,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>Trans Union LLC, et al;<br><br>          Defendants. | Case No. CV 12 1918 WHA<br><br>(proposed) ORDER  FOR DISMISSAL OF ROI SERVICES, INC. |

    Plaintiff Loni Leitaker and Defendant ROI Services, Inc. having entered into a stipulation for  dismissal, defendant ROI Services, Inc. is hereby dismissed from this action  with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  July 10, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE