**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   LONI LEITAKER,

11              Plaintiff,                          No. C 12-01918 WHA

12      v.

13   TRANS UNION, LLC, EQUIFAX               **ORDER RE NOTICE OF**
     INFORMATION SERVICES, LLC,             **SETTLEMENT AS TO**
14   EXPERIAN INFORMATION                    **TRANS UNION, LLC**
     SOLUTIONS, INC., CREDIT BUREAU
15   COLLECTION SERVICES, INC., ROI
     SERVCIES, INC., and AT&T
16   TELEHOLDINGS, INC.,

17              Defendants.

18   _____/

19          The Court acknowledges the joint notice of settlement as to Trans Union, LLC.

20   **PLEASE TAKE NOTICE THAT ALL DEADLINES REMAIN IN PLACE UNTIL A DISMISSAL IS FILED.**

21
22          **IT IS SO ORDERED.**

23
24   Dated:  July 10, 2012.

25                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
26
27
28