IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONI LEITAKER,

    Plaintiff,

  v.

TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CREDIT BUREAU COLLECTION SERVICES, INC., ROI SERVCIES, INC., and AT&T TELEHOLDINGS, INC.,

    Defendants.

No. C 12-01918 WHA

**ORDER RE NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

The Court acknowledges the joint notice of settlement as to Trans Union, LLC.

**PLEASE TAKE NOTICE THAT ALL DEADLINES REMAIN IN PLACE UNTIL A DISMISSAL IS FILED.**

**IT IS SO ORDERED.**

Dated: July 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE