ANDERSON, OGILVIE & BREWER, LLP
Mark F. Anderson        (SBN 44787)
600 California Street, 18th FL
San Francisco, CA 94108
Tel:    (415) 651-1951
Email: mark@aoblawyers.com
Fax:    (415) 956-3233


Attorneys for Plaintiff Loni Leitaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loni Leitaker,<br><br>                Plaintiff,<br><br>        vs.<br><br><br>Trans Union LLC, et al;<br><br>                Defendants. | Case No. CV 12 1918 WHA<br><br>~~(proposed)~~ ORDER  FOR DISMISSAL OF DEFENDANTS TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC. |

        Plaintiff Loni Leitaker and Defendants Trans Union LLC; Equifax Information

Services, LCC; and Experian Information Solutions, Inc. having entered into a stipulation

for dismissal, defendants Trans Union LLC; Equifax Information Services, LLC; and

Experian Information Solutions, Inc. are hereby dismissed from this action  with

prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  July 13, 2012.

_____

William Alsup
UNITED STATES DISTRICT JUDGE