1  ANDERSON, OGILVIE & BREWER, LLP
2  Mark F. Anderson        (SBN 44787)
   600 California Street, 18th FL
3  San Francisco, CA 94108
   Tel:    (415) 651-1951
4  Email: mark@aoblawyers.com
5  Fax:    (415) 956-3233

6  Attorneys for Plaintiff Loni Leitaker

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 Loni Leitaker,                          Case No. CV 12 1918 WHA

11              Plaintiff,
                                           (proposed) ORDER  FOR DISMISSAL
12      vs.                                OF DEFENDANTS TRANS UNION
                                           LLC; EQUIFAX INFORMATION
13                                         SERVICES, LLC; and EXPERIAN
                                           INFORMATION SOLUTIONS, INC.
14 Trans Union LLC, et al;

15              Defendants.

16

17        Plaintiff Loni Leitaker and Defendants Trans Union LLC; Equifax Information

18 Services, LCC; and Experian Information Solutions, Inc. having entered into a stipulation

19 for dismissal, defendants Trans Union LLC; Equifax Information Services, LLC; and

20 Experian Information Solutions, Inc. are hereby dismissed from this action  with

21 prejudice, with each party to bear its own costs and attorneys' fees.

22 Dated:  July 13, 2012.

23                                         _____

24                                         William Alsup
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28

Leitaker v Trans Union et al,  N.D.Cal., Case no. 12 1918 WHA, Order  re Dismissal of TU, Equifax & Experian        1