**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONI LEITAKER,

    Plaintiff,

  v.

TRANS UNION, et al.,

    Defendants.
                        /

No. C 12-01918 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     The Court hereby **CONTINUES** the case management conference, currently set for July 18, 2012, to **AUGUST 9, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

     **THERE WILL BE NO FURTHER CONTINUANCES.**

     **IT IS SO ORDERED.**

Dated: July 17, 2012.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE